UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER MCARTHUR, | No. |
| Plaintiff, | NOTICE OF REMOVAL |
| vs. | |
| THE ROCK WOOD FIRED PIZZA & SPIRITS; KEEP ROCKIN' LLC; THE WEDGE CORPORATION; DON BELLIS; JAY GIGANDET; MELANIE FRASIER; and BRIAN WALLIS, | |
| Defendants. | |

TO:        THE CLERK OF THE COURT

TO:        Plaintiff Jennifer McArthur

AND TO:    Plaintiff's counsel, John G. Barton of The Barton Law Firm

Defendants The Rock Wood Fired Pizza & Spirits; Keep Rockin' LLC; The Wedge Corporation; Don Bellis; Jay Gigandet; Melanie Frasier; and Brian Wallis (collectively referred to as "Defendants") hereby give notice of removal of a civil action now pending in Washington State Superior Court in Snohomish County, Cause No. 14-2-02448-5, to the United States District Court for the Western District of Washington.

NOTICE OF REMOVAL -- 1

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

No.
m47224-2174701.docx

1. Removal is based on 28 U.S.C. § 1441(c), and on grounds that this court has federal question jurisdiction under 28 U.S.C. § 1331, because the complaint asserts claims arising under 29 U.S.C. § 206 (federal minimum wages); 29 U.S.C. § 207(a) (federal overtime wage law); 29 U.S.C. § 216(b) (liquidated damages); 29 U.S.C. § 207(r) (damages under the Affordable Care Act for alleged violation of milk expressing protections); and 42 U.S.C. § 2000(e) (Title VII of the 1964 Civil Rights Act).

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391.

3. Central to plaintiff's Complaint is alleged violations of the Affordable Care Act's protections for expressing breast milk, a federal statute which amends the federal Fair Labor Standards Act. Other federal wage and discrimination statutes are also involved.

4. This action was originally filed in Snohomish County Superior Court on February 13, 2014, and an Amended Complaint was filed on April 21, 2014. Some (but not all) the Defendants were served on or about April 24, 2014. A copy of plaintiff's Complaint is attached as **Exhibit A** hereto. As required by 28 U.S.C. § 1446(b), this Notice of Removal is timely in that it has been filed within thirty (30) days of the first receipt of the summons and complaint by a defendant.

5. A copy of this Notice of Removal is being served upon plaintiff pursuant to 28 U.S.C. § 1446(d). A copy of this Notice of Removal is also being filed with the clerk of the Snohomish County Superior Court.

**WHEREFORE, NOTICE IS HEREBY GIVEN** that the above-captioned action, previously pending in the Superior Court of Washington for Snohomish County, is hereby **REMOVED** to this court.

NOTICE OF REMOVAL -- 2

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

No.
m47224-2174701.docx

DATED this 22nd day of May, 2014.

By:  s/Clemens H. Barnes

Clemens H. Barnes, WSBA #4905
GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way Ste 300
Seattle, WA  98121-1128
Tel:  (206) 340-9681
Fax:  (206) 340-9599
Email:  cbarnes@grahamdunn.com

Shannon L. McCarthy, WSBA #43465
GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way Ste 300
Seattle, WA  98121-1128
Tel:  (206) 340-9663
Fax:  (206) 340-9599
Email:  smccarthy@grahamdunn.com

*Attorneys for Defendants*

NOTICE OF REMOVAL -- 3

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

No.
m47224-2174701.docx

**CERTIFICATE OF SERVICE**

The undersigned declares as follows:  on the 23rd day of May, 2014, a copy of the foregoing document was served, by messenger, on counsel for plaintiff, at the address set forth below.

> John G. Barton
> The Barton Law Firm
> 222 SW Everett Mall Way Ste 61
> Everett WA  98204

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 23rd day of May, 2014.

> By:  s/Clemens H. Barnes
> Clemens H. Barnes, WSBA #4905
> GRAHAM & DUNN PC
> Pier 70, 2801 Alaskan Way Ste 300
> Seattle, WA  98121-1128
> Tel:  (206) 340-9681
> Fax:  (206) 340-9599
> Email:  cbarnes@grahamdunn.com

NOTICE OF REMOVAL -- 4

No.

m47224-2174701.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599